Terrance ROBINSON and
Tamagum Antonio Robinson *v.* STATE of Arkansas

CR 99-1112                                    30 S.W.3d 109

Supreme Court of Arkansas
Opinion delivered November 16, 2000

*Lewellen & Associates,* by: *Roy C. Lewellen,* for appellants.

*Mark Pryor,* Att'y Gen., by: *David R. Raupp,* Sr. Ass't Att'y Gen., for appellee.

PER CURIAM. Appellants Terrance Robinson and Tamagum Antonio Robinson, by and through their attorney, have filed a motion for belated appeal. This court held that the appeal was untimely due to a premature filing of a posttrial motion in *Robinson v. State,* 342 Ark. 711, 30 S.W.3d 109 (2000). Their attorney, Roy C. Lewellen, admits by motion and affidavit that the appeal was not timely filed due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.